

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00091-CV

| | | |
|---|---|---|
| THE STONEGATE FINANCIAL CORPORATION, Appellant | § | On Appeal from the 96th District Court |
| V. | § | of Tarrant County (096-256351-11) |
| BROUGHTON MAINTENANCE ASSOCIATION, INC. AND OLD GROVE MAINTENANCE ASSOCIATION, INC., | § | July 30, 2019 |
| Appellees | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Stonegate Financial Corporation shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Elizabeth Kerr
      Justice Elizabeth Kerr